UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-CR-46-T-24 EAJ
  18 U.S.C. §1001
MICHAEL HERNANDEZ

FILED 09 FEB -9 PM 3:49

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 31, 2008, in the Middle District of Florida and elsewhere, the defendant,

MICHAEL HERNANDEZ,

knowingly and willfully made a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the United States, specifically, the Federal Bureau of Investigation (FBI), a department or agency of the United States, in that during an interview concerning computers which contained evidence material to the possession and production of child pornography, he falsely stated that he had discarded one of the computers because it was outdated and contained viruses, and had only fixed a printing malfunction on the other computer, when in truth and in fact as the defendant well knew, he had discarded one of the computers, and erased all of the data on the other.

In violation of Title 18, United States Code, Section 1001 and Section 2.

A. LEE BENTLEY
Acting United States Attorney

By: _____
COLLEEN MURPHY-DAVIS
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, General Crimes