UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA         :
                                 :
                                 :
                                 :
v.                               :  Case No.  8:09-CR-46-T-24EAJ
                                 :
MICHAEL HERNANDEZ                :
                                 :

## SATISFACTION OF JUDGMENT

The monetary penalty imposed upon Defendant Michael Hernandez by the

criminal judgment entered herein on June 2, 2009, in the above-entitled cause has been

paid or otherwise settled.   The Clerk of the United States District Court for the Middle

District of Florida is hereby authorized and empowered to record this satisfaction of

judgment as it pertains to the monetary imposition ordered in this case.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:    s/Patricia A. Willing
       PATRICIA A. WILLING
       Assistant United States Attorney
       Florida Bar Number: 340251
       Attn: Wendy M. Frohnapfel/FLU
       400 North Tampa Street, Suite 2900
       Tampa, Florida 33602
       Telephone:    (813) 274-6038
       Facsimile:    (813) 274-6247
       Email: FLUDocketMailBox@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 29, 2009, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice

of electronic filing to the following:

     None

I FURTHER CERTIFY that on September 29, 2009, I mailed the foregoing

document and the notice of electronic filing by first-class mail to the following non-

CM/ECF participants:

     Michael Hernandez
     Tallahassee, Florida 32317


     [Street address omitted in compliance with this Court's Administrative
     Procedures for Electronic Filing in Civil and Criminal Cases, but full address used
     on service envelope.]


                          s/ Patricia A. Willing
                          Assistant United States Attorney

N:\WFrohnapfel\Sat Judgment\HernandezMichaelCR300_2009A63225.wpd